IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PLATEPASS, L.L.C. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Case No. 4:08-cv-3531 |
| | § | |
| HIGHWAY TOLL ADMINISTRATION, | § | |
| L.L.C. | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF PLATEPASS, L.L.C.'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

The plaintiff, PlatePass, L.L.C. ("PlatePass") files this answer to defendant Highway Toll Administration, L.L.C.'s ("HTA") counterclaims.

**I. PlatePass's Answer.**

1. PlatePass admits the allegations in paragraph 1.

2. PlatePass admits the allegations in paragraph 2.

3. PlatePass admits the allegations in paragraph 3.

4. PlatePass admits that venue is proper in this judicial district. PlatePass denies the remaining allegations in paragraph 4.

5. PlatePass admits the allegations of paragraph 5.

6. PlatePass admits the allegations of paragraph 6.

7. Paragraph 7 incorporates and re-alleges paragraphs 1 – 6. PlatePass incorporates its answers to paragraphs 1 – 6 in response.

8. PlatePass denies the allegations in paragraph 8.

9. PlatePass admits that HTA seeks a declaratory judgment. PlatePass denies that such

a judgment is proper.

10. Paragraph 10 incorporates and re-alleges paragraphs 1 – 9. PlatePass incorporates its answers to paragraphs 1 – 9 in response.

11. PlatePass denies the allegations in paragraph 11.

12. PlatePass admits that HTA seeks a declaratory judgment. PlatePass denies that such a judgment is proper.

13. In response to the prayer for relief, PlatePass incorporates its answers to paragraphs 1 – 12 and denies that HTA is entitled to any relief or judgment against PlatePass.

**II. Affirmative Defenses.**

PlatePass reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

**III. Demand For Jury Trial.**

PlatePass demands trial by jury.

**IV. Prayer.**

PlatePass respectfully requests that this Court enter judgment in its favor and grant the following relief:

a. The relief requested by PlatePass in its complaint;

b. Dismissal of the counterclaims with prejudice; and

c. Any other relief that the Court may deem appropriate and just under the circumstances.

Respectfully submitted,

Dated: February 6, 2009

By: /s/ Randy J. McClanahan

Randy J. McClanahan
State Bar No. 13391500
randy@mmellp.com
Robert H. Espey, II
State Bar No. 24007163
bob@mmellp.com
Michael D. Myers
State Bar No. 00791331
mike@mmellp.com
MCCLANAHAN • MYERS • ESPEY, L.L.P.
3355 West Alabama, Suite 210
Houston, Texas 77098
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

George Hittner
State Bar No. 24038959
george.hittner@atsol.com
General Counsel
PlatePass, L.L.C.
7681 E Gray Rd
Scottsdale, AZ 85260
480-596-4704
Fax: 480-596-4501

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of February, 2009, with a copy of this document by electronic mail. Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Randy J. McClanahan
Randy J. McClanahan