IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PLATEPASS, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Case No. 4:08-cv-3531 |
| | § | |
| HIGHWAY TOLL ADMINISTRATION, | § | |
| L.L.C. | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | |

**PLATEPASS'S AND ATS'S ANSWER TO HTA'S COUNTERCLAIMS AND CROSSCLAIMS**

The plaintiff and counter-defendant, PlatePass, L.L.C. ("PlatePass"), and cross-defendant American Traffic Solutions, Inc. ("ATS"), file this answer to defendant Highway Toll Administration, L.L.C.'s ("HTA") amended counterclaims and crossclaims.

**I. PlatePass's Answer.**

1. PlatePass and ATS admit the allegations in the first sentence of paragraph 1. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 1.

2. PlatePass and ATS admit the allegations in the first sentence of paragraph 2. PlatePass and ATS admit that "PlatePass" is a brand affiliated with PlatePass, L.L.C. PlatePass and ATS deny the remaining allegations in the second sentence of paragraph 2.

3. PlatePass and ATS admit the allegations in paragraph 3.

4. PlatePass and ATS admit the allegations in paragraph 4.

5. PlatePass and ATS admit the allegations of paragraph 5.

6. Paragraph 6 does not contain any allegations that require an answer.

7. PlatePass and ATS admit the allegations in paragraph 7.

8. PlatePass and ATS admit the allegations in paragraph 8.

9. PlatePass and ATS admit the allegations in paragraph 9.

10. PlatePass and ATS admit the allegations in paragraph 10.

11. Paragraph 11 incorporates and re-alleges paragraphs 1 – 10. PlatePass and ATS incorporate their answers to paragraphs 1 – 10 in response.

12. PlatePass and ATS deny the allegations in paragraph 12.

13. PlatePass and ATS admit that HTA seeks a declaratory judgment. PlatePass and ATS deny that such a judgment is proper.

14. Paragraph 14 incorporates and re-alleges paragraphs 1 – 13. PlatePass and ATS incorporate their answers to paragraphs 1 – 13 in response.

15. PlatePass and ATS deny the allegations in paragraph 15.

16. PlatePass and ATS admit that HTA seeks a declaratory judgment. PlatePass and ATS deny that such a judgment is proper.

17. Paragraph 17 incorporates and re-alleges paragraphs 1 – 16. PlatePass and ATS incorporate their answers to paragraphs 1 – 16 in response.

18. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 18. PlatePass and ATS deny the allegations in the second sentence of paragraph 18. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence of paragraph 18.

19. PlatePass and ATS admit that "PlatePass" is a brand affiliated with PlatePass, L.L.C. PlatePass and ATS admit PlatePass's clients have included Advantage, Avis, Budget, and Hertz.

PlatePass and ATS deny the remaining allegations in paragraph 19.

20. PlatePass and ATS deny the allegations in the first sentence of paragraph 20. PlatePass and ATS admit the allegations in the second sentence of paragraph 20.

21. PlatePass and ATS admit that HTA and PlatePass compete. PlatePass and ATS also admit that there are electronic transponder-based toll payment models and license plate-based toll payment models in use in the United States. PlatePass and ATS deny the remaining allegations in paragraph 21.

22. PlatePass and ATS admit that a transponder-based model can use a windshield mounted holder that shields a standard box transponder. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 22.

23. PlatePass and ATS admit the allegations in paragraph 23.

24. PlatePass and ATS deny the allegations in the second sentence of paragraph 24. PlatePass and ATS admit the remaining allegations in paragraph 24.

25. PlatePass and ATS deny the allegations in paragraph 25.

26. PlatePass and ATS admit that PlatePass and HTA are competitors and that Avis Budget Group, Inc. ("ABG") contracted with PlatePass in Texas and ABG contracted with HTA in the Northeastern United States. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 26.

27. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27.

28. PlatePass and ATS admit that PlatePass had an agreement with ABG. PlatePass and ATS deny the remaining allegations in paragraph 28.

29. PlatePass and ATS deny the allegations in paragraph 29.

30. PlatePass and ATS deny the allegations in paragraph 30.

31. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31.

32. PlatePass and ATS deny the allegations in paragraph 32.

33. PlatePass and ATS deny the allegations in paragraph 33.

34. PlatePass and ATS deny the allegations in paragraph 34.

35. PlatePass and ATS deny the allegations in paragraph 35.

36. PlatePass and ATS deny the allegations in paragraph 36.

37. PlatePass and ATS deny the allegations in paragraph 37.

38. PlatePass and ATS deny the allegations in paragraph 38.

39. PlatePass and ATS admit that PlatePass has contractual obligations concerning the effectiveness of its customers support services. PlatePass and ATS admit that PlatePass has a program designed to measure the effectiveness of PlatePass's customer support compared to its competitors. PlatePass and ATS admit that on February 16, 2009 PlatePass made approximately 35 calls to the Avis and Budget customer support numbers. PlatePass and ATS admit that typical customer service questions were asked during the approximately 35 telephone calls. PlatePass and ATS deny the remaining allegations in paragraph 39.

40. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40.

41. PlatePass and ATS admit that they use Echopass call center management software. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 41.

42. PlatePass and ATS admit that they use Echopass call center management software.

PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 42.

43. PlatePass and ATS admit the allegations in paragraph 43.

44. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44.

45. PlatePass and ATS admit that on February 16, 2009 PlatePass made approximately 35 calls to the Avis and Budget customer support numbers between the approximate times of 10:00 a.m. and 3:00 p.m. eastern standard time. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 45.

46. PlatePass and ATS admit that PlatePass has a program designed to measure the response time of PlatePass's customer support compared to its competitors. PlatePass and ATS admit that on February 17, 2009 PlatePass made approximately 37 calls to the Avis and Budget customer support numbers. PlatePass and ATS admit that once the response time was determined, the call was terminated. PlatePass and ATS deny the remaining allegations in paragraph 46.

47. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 47. PlatePass and ATS deny the remaining allegations in paragraph 47.

48. PlatePass and ATS admit that they had an individual take a picture of HTA's Great Neck, NY headquarters. PlatePass and ATS deny the remaining allegations in paragraph 48.

49. PlatePass and ATS deny the allegations in paragraph 49.

50. PlatePass and ATS lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50.

51. PlatePass and ATS deny the allegations in paragraph 51.

52. PlatePass and ATS admit that PlatePass has a program designed to measure the effectiveness of its customer support compared to its competitors. PlatePass and ATS deny the remaining allegations in paragraph 52.

53. PlatePass and ATS deny the allegations in paragraph 53.

54. PlatePass and ATS deny the allegations in paragraph 54.

55. PlatePass and ATS deny the allegations in paragraph 55.

56. Paragraph 56 incorporates and re-alleges paragraphs 1 – 55. PlatePass and ATS incorporate their answers to paragraphs 1 – 55 in response.

57. PlatePass and ATS deny the allegations in paragraph 57.

58. PlatePass and ATS deny the allegations in paragraph 58.

59. PlatePass and ATS deny the allegations in paragraph 59.

60. Paragraph 60 incorporates and re-alleges paragraphs 1 – 60. PlatePass and ATS incorporate their answers to paragraphs 1 – 60 in response.

61. PlatePass and ATS deny the allegations in paragraph 61.

62. PlatePass and ATS deny the allegations in paragraph 62.

63. PlatePass and ATS deny the allegations in paragraph 63.

64. Paragraph 64 incorporates and re-alleges paragraphs 1 – 64. PlatePass and ATS incorporate their answers to paragraphs 1 – 64 in response.

65. PlatePass and ATS deny the allegations in paragraph 65.

66. PlatePass and ATS deny the allegations in paragraph 66.

67. PlatePass and ATS deny the allegations in paragraph 67.

68. PlatePass and ATS deny the allegations in paragraph 68.

69. PlatePass and ATS deny that a permanent injunction is appropriate. In response to

the prayer for relief, PlatePass and ATS incorporate their answers to paragraphs 1 – 68 and deny that HTA is entitled to any relief or judgment against PlatePass or ATS.

## II. Failure to State a Claim.

HTA's counter-complaint and cross-complaint fails to state a claim upon which relief can be granted.

## III. Affirmative Defenses.

HTA's claims are barred by the doctrine of justification. As HTA reserves its rights to assert additional affirmative defenses, PlatePass and ATS likewise reserve their rights to assert additional affirmative defenses.

## III. Demand for Jury Trial.

PlatePass and ATS demand a trial by jury.

## IV. Prayer.

PlatePass and ATS respectfully request that this Court enter judgment in their favor and grant the following relief:

a. The relief requested by PlatePass in its complaint;

b. Dismissal of the counterclaims and crossclaims with prejudice; and

c. Any other relief that the Court may deem appropriate and just under the circumstances.

Respectfully submitted,

Dated: May 29, 2009

By: ___/s/ Randy J. McClanahan________

Randy J. McClanahan
State Bar No. 13391500
randy@mmellp.com
Robert H. Espey, II
State Bar No. 24007163
bob@mmellp.com
Michael D. Myers
State Bar No. 00791331
mike@mmellp.com
MCCLANAHAN • MYERS • ESPEY, L.L.P.
3355 West Alabama, Suite 210
Houston, Texas 77098
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

George Hittner
State Bar No. 24038959
george.hittner@atsol.com
General Counsel
PlatePass, L.L.C.
7681 E Gray Rd
Scottsdale, AZ 85260
480-596-4704
Fax: 480-596-4501

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of May, 2009, with a copy of this document by electronic mail. Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

__/s/ Randy J. McClanahan____
Randy J. McClanahan